

Citibank, N.A.   3800 Citigroup Center Drive Tampa, FL 33610   +1 (800) 8813938
Epiphany Hart   3216 Marshall Rd Drexel Hill, PA 19026

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Epiphany Hart | Citibank, N.A. | | 1011360949 | 02/22/2026 | 03/07/2026 | 03/13/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,764.67 | 325.50 | 619.66 | 53.53 | 2,765.98 |
| YTD | 27,526.26 | 1,949.91 | 4,119.30 | 346.18 | 21,110.87 |

| What money I earned | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| ANN INCENT | | | 0 | | 5,000.00 | OASDI | 220.36 | 1,628.35 |
| BASIC LIFE | 02/22/2026 - 03/07/2026 | 0 | 0 | 2.12 | 12.72 | Medicare | 51.53 | 380.82 |
| Global Recog | | | 0 | | 40.08 | Federal Withholding | 118.39 | 363.99 |
| HOLIDAY | | | 0 | | 1,498.05 | State Tax - DE | 179.64 | 1,378.57 |
| Planned | | | 0 | | 752.94 | City Tax - UDRBY | 35.52 | 262.51 |
| REGULAR | 02/22/2026 - 03/07/2026 | 72 | 47.0582 | 3,388.20 | 19,490.08 | Caregiver Leave - DEPFL | 1.43 | 10.51 |
| Unplanned/Medical | 02/22/2026 - 03/07/2026 | 8 | 47.0582 | 376.47 | 745.11 | Medical Leave - DEPML | 7.11 | 52.53 |
| | | | | | | Parental Leave - DEPPL | 5.68 | 42.02 |
| What money I earned | | | | 3,766.79 | 27,538.98 | Employee Taxes | 619.66 | 4,119.30 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(K) | 112.95 | 674.61 | LOAN 01 | 31.21 | 187.26 |
| DENTAL | 11.04 | 66.24 | Group Legal Benefit | 6.92 | 41.52 |
| MEDICAL | 185.61 | 1,113.66 | LTD-ATX | 15.40 | 92.40 |
| VISION | 15.90 | 95.40 | NCAOFF | | 25.00 |
| Pre Tax Deductions | 325.50 | 1,949.91 | Post Tax Deductions | 53.53 | 346.18 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Employer Benefit - USA | | 3,000.00 | OASDI - Taxable Wages | 3,554.24 | 26,263.68 |
| | | | Medicare - Taxable Wages | 3,554.24 | 26,263.68 |
| | | | Federal Withholding - Taxable Wages | 3,441.29 | 25,589.07 |
| | | | State Tax Taxable Wages - DE | 3,441.29 | 25,589.07 |
| Employer Paid Benefits | 0.00 | 3,000.00 | City Tax Taxable Wages - UDRBY | 3,552.12 | 26,250.96 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | Single | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Medical/Illness Leave USA | 0 | 8 | 48 |
| Total Dependent Amount | 4400 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Police and Fire | Police and Fire ******3151 | ******3151 | | 2,765.98 USD |



Citibank, N.A.    3800 Citigroup Center Drive Tampa, FL 33610    +1 (800) 8813938
Epiphany Hart    3216 Marshall Rd Drexel Hill, PA 19026

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Epiphany Hart | Citibank, N.A. | 1011360949 | 03/08/2026 | 03/21/2026 | 03/27/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|-----------|--------------------|----------------|---------------------|---------|
| Current | 3,764.66 | 325.49 | 619.67 | 53.53 | 2,765.97 |
| YTD | 31,290.92 | 2,275.40 | 4,738.97 | 399.71 | 23,876.84 |

| What money I earned | | | | | | Employee Taxes | | |
|---------------------|-------|------|-------|--------|--------|----------------|--------|--------|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| ANN INCENT | | | 0 | | 5,000.00 | OASDI | 220.36 | 1,848.71 |
| BASIC LIFE | 03/08/2026 - 03/21/2026 | 0 | 0 | 2.12 | 14.84 | Medicare | 51.54 | 432.36 |
| Global Recog | | | 0 | | 40.08 | Federal Withholding | 118.39 | 482.38 |
| HOLIDAY | | | 0 | | 1,498.05 | State Tax - DE | 179.64 | 1,558.21 |
| Planned | | | 0 | | 752.94 | City Tax - UDRBY | 35.52 | 298.03 |
| REGULAR | 03/08/2026 - 03/21/2026 | 80 | 47.0582 | 3,764.66 | 23,254.74 | Caregiver Leave - DEPFL | 1.42 | 11.93 |
| Unplanned/Medical | | | 0 | | 745.11 | Medical Leave - DEPML | 7.11 | 59.64 |
| | | | | | | Parental Leave - DEPPL | 5.69 | 47.71 |
| What money I earned | | | | 3,766.78 | 31,305.76 | Employee Taxes | 619.67 | 4,738.97 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--------|--------|---------------------|--------|--------|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(K) | 112.94 | 787.55 | LOAN 01 | 31.21 | 218.47 |
| DENTAL | 11.04 | 77.28 | Group Legal Benefit | 6.92 | 48.44 |
| MEDICAL | 185.61 | 1,299.27 | LTD-ATX | 15.40 | 107.80 |
| VISION | 15.90 | 111.30 | NCAOFF | | 25.00 |
| Pre Tax Deductions | 325.49 | 2,275.40 | Post Tax Deductions | 53.53 | 399.71 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--------|--------|---------------|--------|--------|
| Description | Amount | YTD | Description | Amount | YTD |
| Employer Benefit - USA | 1,500.00 | 4,500.00 | OASDI - Taxable Wages | 3,554.23 | 29,817.91 |
| | | | Medicare - Taxable Wages | 3,554.23 | 29,817.91 |
| | | | Federal Withholding - Taxable Wages | 3,441.29 | 29,030.36 |
| | | | State Tax Taxable Wages - DE | 3,441.29 | 29,030.36 |
| Employer Paid Benefits | 1,500.00 | 4,500.00 | City Tax Taxable Wages - UDRBY | 3,552.11 | 29,803.07 |

| | Federal | State | Absence Plans | | | |
|--|---------|-------|---------------|---------|---------|-----------|
| Marital Status | Head of Household | Single | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Medical/Illness Leave USA | 0 | 0 | 48 |
| Total Dependent Amount | 4400 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---------------------|--------------|----------------|------------|--------|-----|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Police and Fire | Police and Fire ******3151 | ******3151 | | 2,765.97 | USD |



Citibank, N.A.    3800 Citigroup Center Drive Tampa, FL 33610    +1 (800) 8813938
Epiphany Hart    3216 Marshall Rd Drexel Hill, PA 19026

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Epiphany Hart | Citibank, N.A. | | 1011360949 | 03/22/2026 | 04/04/2026 | 04/10/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,764.67 | 363.14 | 612.68 | 53.53 | 2,735.32 |
| YTD | 35,215.96 | 2,638.54 | 5,412.02 | 553.24 | 26,612.16 |

| What money I earned | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| ANN INCENT | | | 0 | | 5,000.00 | OASDI | 220.37 | 2,079.02 |
| BASIC LIFE | 03/22/2026 - 04/04/2026 | 0 | 0 | 2.12 | 16.96 | Medicare | 51.53 | 486.22 |
| Global Recog | | | 0 | | 200.45 | Federal Withholding | 113.88 | 631.54 |
| HOLIDAY | | | 0 | | 1,498.05 | State Tax - DE | 177.16 | 1,745.95 |
| Planned | | | 0 | | 752.94 | City Tax - UDRBY | 35.52 | 335.15 |
| REGULAR | 03/22/2026 - 04/04/2026 | 72 | 47.0582 | 3,388.20 | 26,642.94 | Caregiver Leave - DEPFL | 1.42 | 13.41 |
| Unplanned/Medical | 03/22/2026 - 04/04/2026 | 8 | 47.0582 | 376.47 | 1,121.58 | Medical Leave - DEPML | 7.11 | 67.07 |
| | | | | | | Parental Leave - DEPPL | 5.69 | 53.66 |
| What money I earned | | | | 3,766.79 | 35,232.92 | Employee Taxes | 612.68 | 5,412.02 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(K) | 150.59 | 938.14 | LOAN 01 | 31.21 | 249.68 |
| DENTAL | 11.04 | 88.32 | Group Legal Benefit | 6.92 | 55.36 |
| MEDICAL | 185.61 | 1,484.88 | LTD-ATX | 15.40 | 123.20 |
| VISION | 15.90 | 127.20 | NCAOFF | | 125.00 |
| Pre Tax Deductions | 363.14 | 2,638.54 | Post Tax Deductions | 53.53 | 553.24 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Employer Benefit - USA | | 4,500.00 | OASDI - Taxable Wages | 3,554.24 | 33,532.52 |
| | | | Medicare - Taxable Wages | 3,554.24 | 33,532.52 |
| | | | Federal Withholding - Taxable Wages | 3,403.65 | 32,594.38 |
| | | | State Tax Taxable Wages - DE | 3,403.65 | 32,594.38 |
| Employer Paid Benefits | 0.00 | 4,500.00 | City Tax Taxable Wages - UDRBY | 3,552.12 | 33,515.56 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | Single | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Medical/Illness Leave USA | 0 | 8 | 40 |
| Total Dependent Amount | 4400 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Police and Fire | Police and Fire ******3151 | ******3151 | | 2,735.32 | USD |