United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11542-djb
Epiphany I Hart Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Aug 20, 2026 Form ID: 155 Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Epiphany I Hart, 3216 Marshall Road, Drexel Hill, PA 19026-2118 |
| 15128339 | + | Chex Systems Inc., PO Box 583399, Minneapolis, MN 55458-3399 |
| 15139659 | + | PENNYMAC LOAN SERVICES, LLC, c/o Maggie Soboleski, Esq, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1532, ( 19106-1541 |
| 15128333 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15128354 | + | Portnoff Law Associates, 2700 Horizon Drive #100, King of Prussia, PA 19406-2726 |
| 15165570 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 15165572 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15128340 | | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 21 2026 02:15:18 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15142749 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 02:15:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15128341 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 02:15:11 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 15128342 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 21 2026 02:15:06 | BMW Financial Services, PO Box 9001065, Louisville, KY 40290 |
| 15130380 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 02:15:12 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15142332 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 02:15:18 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15128337 | | Email/Text: megan.harper@phila.gov | Aug 21 2026 02:16:00 | City of Philadelphia Law Department, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15128343 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2026 02:15:12 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15128344 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 21 2026 02:15:00 | Ccb/saks, Comenity Capital Bank, Bankruptcy Depart, PO Box 182125, Columbus, OH 43218-2125 |
| 15128345 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2026 02:15:18 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 15128346 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2026 02:15:06 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 15153379 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2026 02:15:13 | Citibank N.A., Citibank, N.A., 5800 S Corporate |

| | | | | |
|---|---|---|---|---|
| | | | | Pl, Sioux Falls, SD 57108-5027 |
| 15128338 | + | Email/Text: bankruptcy@philapark.org | Aug 21 2026 02:16:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15128347 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2026 02:15:06 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 15128348 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 21 2026 02:15:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 15128330 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2026 02:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15152658 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2026 02:16:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15142212 | + | Email/Text: RASEBN@raslg.com | Aug 21 2026 02:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15152335 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 02:15:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15155039 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 02:15:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15128349 | | Email/Text: EBN@Mohela.com | Aug 21 2026 02:15:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15128350 | | Email/Text: EBN@Mohela.com | Aug 21 2026 02:15:00 | Mohela/dofed, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15128355 | | Email/Text: EBN@Mohela.com | Aug 21 2026 02:15:00 | Sofi Lending Corp/Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15128351 | | Email/Text: bankruptcy@td.com | Aug 21 2026 02:16:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15139523 | ^ | MEBN | Aug 21 2026 02:09:53 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15153512 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2026 02:15:18 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15128331 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2026 02:16:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15128334 | ^ | MEBN | Aug 21 2026 02:10:07 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15153051 | + | Email/PDF: ebnotices@pnmac.com | Aug 21 2026 02:15:06 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15128352 | | Email/PDF: ebnotices@pnmac.com | Aug 21 2026 02:15:13 | Pennymac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15128336 | + | Email/Text: bankruptcy@philapark.org | Aug 21 2026 02:16:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15128353 | | Email/Text: bankruptcy1@pffcu.org | Aug 21 2026 02:15:00 | Police and Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 15137095 | + | Email/Text: bankruptcy1@pffcu.org | Aug 21 2026 02:15:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15153362 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2026 02:15:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15143903 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 21 2026 02:15:06 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15128356 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2026 02:15:12 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15131686 | ^ | MEBN | Aug 21 2026 02:09:57 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 15128357 | | Email/Text: bncmail@w-legal.com | Aug 21 2026 02:15:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 15128335 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 21 2026 02:16:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15128332 | ^ | MEBN | Aug 21 2026 02:09:52 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15128358 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Aug 21 2026 02:15:17 | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
| 15144042 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Aug 21 2026 02:15:10 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4927 |
| 15145121 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 21 2026 02:15:12 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15144949 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 21 2026 02:15:06 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15142751 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Epiphany I Hart brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |

| | |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Epiphany I Hart | ) | Case No. 26−11542−djb |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 20, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court